FILED

08/23/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0140

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0140

**SUTEY OIL COMPANY, INC.**

Appellee/Cross-Appellant,

vs.

**MONROE'S HIGH COUNTRY TRAVEL PLAZA, LLC,** a Montana Limited Liability Company, and **MARVIN MONROE**

Appellant/Cross-Appellee.

## ORDER GRANTING SUTEY OIL COMPANY, INC.'S MOTION TO EXTEND BRIEFING DEADLINE

Finding no objection from Appellant/Cross-Appellee, pursuant to Montana Rule of Appellate Procedure 26(1), and for good cause appearing, Appellee Sutey Oil Company, Inc.'s Motion to Extend Briefing Deadline is GRANTED. Appellee shall have an extension up to and including October 2, 2021.

DATED this _____ day of August, 2021.

_____

Cc:     Thomas Orr/Gregory McDonnell/David Bjornson
        Dale Schowengerdt/Gregory Duncan

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 23 2021